**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ANDREW ELLIOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CV-945-CAS |
| ) | |
| JURY DUTY and CIVIL COURTS ) | |
| BUILDING, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF DISMISSAL**
**PURSUANT TO**
**28 U.S.C. § 1915(e)(2)(B)**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice,

pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good

faith pursuant to 28 U.S.C. § 1915(a)(3).

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this _24th_ day of July, 2006.